IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 08-CR-59 (CAR) |
| **ALLEN DUANE TAYLOR,** | **VIOLATION(S):** Drug Related |
| Defendant | |

## ORDER OF PRETRIAL DETENTION

Defendant ALLEN DUANE TAYLOR this day appeared before the undersigned for an Initial Appearance Hearing in the above-captioned matter. He was represented by Mr. Larry K. Moore of the Macon Bar. The government was represented by Assistant U. S. Attorney Tamara Jarrett. The defendant was advised of his legal and constitutional rights and of the allegations set forth against him in the indictment returned herein.

Upon consideration of the issue of pretrial release, the undersigned noted that Mr. Taylor is currently detained in Criminal No. 5:05-CR-56(HL) in a proceeding brought pursuant to a Petition for Action on Supervised Release. Accordingly, for the reasons set forth in that proceeding in the Order on Preliminary Examination and For Detention (Tab #456), defendant Taylor is ordered DETAINED herein.

SO ORDERED AND DIRECTED, this 27th day of OCTOBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE